# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

142940(48)(49)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

MAURICE CHARLES FREDERICK,
       Defendant-Appellant.
_____/

SC: 142940
COA: 295091
Calhoun CC: 2009-001887-FC

On order of the Court, the motion for reconsideration of this Court's July 25, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to remand for an evidentiary hearing is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

h0919